UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| ) | CASE NO. C14-1350-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| LAURA CASTILLO, et al., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Laura Castillo filed a motion to proceed *in forma pauperis* (IFP) in this civil matter removed from state court. (Dkt. 1.) However, she failed to sign and date the application and Written Consent for Payment, to identify any viable means of support for necessities such as food and shelter, or to explain how her daily needs are met. By Order dated September 10, 2014, the Court directed defendant Castillo to file a completed IFP application within twenty days of the date of the Order.

To date, the Court has not received a response to its Order or a completed IFP application. Accordingly, the Court recommends the motion to proceed IFP (Dkt. 1) be

REPORT AND RECOMMENDATION
PAGE -1

01 DENIED.  This action should proceed in this Court only if a removing party pays the $400

02 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and

03 Recommendation.   If no filing fee is paid within thirty days of the Court's Order, this matter

04 should be remanded back to state court and the file in this case closed.

05          DATED this 14th day of October, 2014.

                                                    /s/ Mary Alice Theiler
                                                    Mary Alice Theiler
                                                    Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2